**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUL 30 2021
AT_____ O'CLOCK
John M. Domurad, Clerk - Albany

Amato, Francesca )
AKA Amato, Frances    **Plaintiff(s)** )    Civil Case No.: 1:21-CV 860
C.A.B. )
       vs. )   **COMPLAINT PURSUANT** (GLS/TWD)
)   **TO THE AMERICANS**
McGinty, Anthony )   **WITH DISABILITIES ACT**
in both judicial and individual capacity **Defendant(s)** )

Plaintiff(s) demand(s) a trial by: ☑ JURY    ☐ COURT    (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

### JURISDICTION

1. This is a civil action seeking judgment, relief and/or damages brought pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.*, as amended, for discrimination based upon a disability and the failure to accommodate same. This Court has jurisdiction of this action pursuant to 28 U.S.C. §§ 1331 and 1343(4).

### PARTIES

2. a. Plaintiff: Anthony McGinty    in Both Judicial + individual capacity
   Address: 2 Development Ct.
   Kingston NY 12401
   845-481-9430

   b. Plaintiff: _____
   Address: _____
   _____
   _____
   _____

Additional Plaintiffs may be added on a separate sheet of paper.

3.    a.    Defendant: _____

            Official Position: _____

            Address: _____

            _____

            _____

   b.    Defendant: _____

            Official Position: _____

            Address: _____

            _____

Additional Defendants may be added on a separate sheet of paper.

4.    My disability is as follows:

*Ptsd*

*(Las) Legal abuse syndrome caused by the defendants actions & inaction*

*See all*

5. The conduct complained of in this action involves:
(Check all that apply)

    (A) ☐ Failure to employ.

    (B) ☐ Termination of employment.

    (C) ☒ Denial of participation in public service or program.

    (D) ☒ Failure to make alterations to accommodate disability.

    (E) ☒ Retaliation.

    (G) ☒ Other acts as specified below:
                    *in federal suit*

6. **FACTS**

On the following page, set forth the facts of your case which substantiate your claim of discrimination. List the events in the order they happened, naming defendants involved, dates and places.

    **Note:** Each fact should be stated in a separate paragraph; paragraphs should be numbered sequentially.

    You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.

    You may use additional sheets as necessary.

7.   **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

*See attached Law suit*

I declare under penalty of perjury that the foregoing is true and correct.

DATED: _____

_____

_____
Signature of Plaintiff(s)
(all Plaintiffs must sign)