




```
                                        U.S. POSTAGE PAID
                                        PM 2-Day
                                        HIGHLAND, NY
                                        12528
                                        AUG 11, 21
                                        AMOUNT
                                        $7.95
1004        12207                       R2303S100428-02
```



# UNITED STATES POSTAL SERVICE® | PRIORITY MAIL

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

FROM:

Amato, Francesca
PO Box 774
Newburo NY
12542

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
AUG 13 2021
RECEIVED

TO:

US District Court
Suite 509
445 Broadway
Albany NY
12207

EXPECTED DELIVERY DAY: 08/14/21

USPS TRACKING® #



9505 5148 6027 1223 3211 76

FLAT R
ONE RATE

TRACKED ■ INSURED

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2