May 19, 2022

US District Court
Northern District of New York
James T. Foley U.S. Courthouse
Suite 509
445 Broadway
Albany, NY 12207

Amato v. McGinty
1:21-cv-00860

I am requesting poor person (which was already granted for filing fee) for assistance of counsel and my ADA rights as I have no counsel for this case and can not afford one.

_____
Francesca Amato

c/c all parties
et al



Amata Francesca
PO box 1110
Albany NY
12207-1110

ALBANY NY 120
25 MAY 2022 PM 2 L



US District Court
Northern District of N.Y.
Suite 509
445 Broadway
Albany NY 12207

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
MAY 27 2022
RECEIVED

12207-294899